976 F.2d 735w
 NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
David B. DEUTSCH, Plaintiff-Appellant,
v.
BURLINGTON NORTHERN RAILROAD COMPANY, Defendant-Appellee.
 No. 91-2629.
 United States Court of Appeals, Seventh Circuit.
 Argued April 6, 1992.
Decided Sept. 21, 1992.
Rehearing and Rehearing En Banc Denied
Oct. 28, 1992.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION